# EXHIBIT 1









