# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-910-544**

Effective date of registration:

December 9, 2013

## Title
- **Title of Work:** Aaliyah photograph collection

## Completion/Publication
- **Year of Completion:** 2001
- **Date of 1st Publication:** June 7, 2001
- **Nation of 1st Publication:** United States

## Author
- **Author:** Eric Johnson
- **Author Created:** photograph(s)
- **Citizen of:** United States

## Copyright claimant
- **Copyright Claimant:** Eric Johnson
  472 Ninth Avenue, Apt. #3, New York, NY, 10018, United States

## Rights and Permissions
- **Name:** Alex Malbin
- **Email:** alex@eric-johnson.com

## Certification
- **Name:** Alexander Malbin
- **Date:** December 9, 2013

**Correspondence:** Yes