# EXHIBIT 3

# Explore

# Settings

← Tweet

**Pop Crave**
@PopCrave

Aaliyah's estate announce they will now have full control over her YouTube account.

The news comes months after they confirmed that her music would finally be available on streaming services:

"2021 will be the year of Aaliyah!"



3:10 PM · Dec 26, 2020 · Twitter for iPhone

This Tweet was deleted by the Tweet author. Learn more

**ajax** @letgojewels · Dec 26, 2020
*camila

♡ 1

You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

Show replies

**marce** @jnkittens · Dec 26, 2020
Replying to @PopCrave
we will be streaming

💬 5    ♡ 59

Show replies

**cry about it.** @selenarstears · Dec 26, 2020
Replying to @PopCrave
Rip legend

♡ 31

**adi** @buwygfiib · Dec 26, 2020
Replying to @PopCrave

### New to Twitter?

Sign up now to get your own personalized

**Sign up**

### Relevant people

**Pop Crave**
@PopCrave
Craving Pop Culture.
info@popcravenews.com

### What's happening

**NFL** · 2 hours ago
Jaguars are finalizing deal with coach Urban Meyer, according to NFL Network and ESPN
Trending with Urban Meyer, Jacksonville

**Politics · Trending**
Cassie Compton
36.6K Tweets

**Celebrities · Trending**
finn wolfhard
1,667 Tweets

**COVID-19 · LIVE**
COVID-19: News and updates for New York

**US elections** · Last night
A look at what happens next after President Trump's impeachment by the House

Show more

Terms of Service   Privacy Policy   Cookie
Ads info   More ···   © 2021 Twitter, Inc.



**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign u










Instagram

Search          Log In    Sign Up

popcrave • Follow

popcrave #Aaliyah's estate announces they will now have full control over her YouTube account.

The news comes months after they confirmed that her music would finally be available on streaming services:

"2021 will be the year of Aaliyah!"

2w

1,166 likes

DECEMBER 26, 2020

Log in to like or comment.

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English   © 2021 Instagram from Facebook

facebook Log In



Pop Crave
December 26, 2020 at 12:21 PM · Instagram ·

Like             Comment             Share

## See more of Pop Crave on Facebook

Log In      or      Create New Account

