UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC JOHNSON,<br><br>       Plaintiff,<br><br>   - against -<br><br>POP CRAVE LLC,<br><br>       Defendant. | Civil Action No. 1:24-cv-00186-AS<br><br>**DEFAULT JUDGMENT** |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff, Eric Johnson ("Plaintiff") filed the Complaint in this action against Defendant, Pop Crave LLC ("Defendant"), on January 10, 2024. On January 11, 2024, Plaintiff filed a First Amended Complaint against Defendant. On January 26, 2024, the Defendant was served a Summons, Civil Cover Sheet, and the First Amended Complaint by personal service of Defendant's Registered Agent. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), an answer or other response to the Complaint was due on February 16, 2024. On February 20, 2024, Defendant having failed to answer or otherwise respond to the Complaint, a Clerk's Certificate of Default was entered against Defendant. On April 18, 2024, Plaintiff filed a Motion for Default Judgment against Defendant.

  The Court, having considered Plaintiff's Motion for Default Judgment and Memorandum of Law in Support, the Declaration of Alexander Malbin, Esq. in Support of Plaintiff's Motion for Default Judgment, the Declaration of Eric Johnson in Support of Plaintiff's Motion for Default Judgment, the Certificate of Service of the Summons and Complaint, the Clerk's

Certificate of Default as to Defendant, and all other pleadings and papers on file in this Action, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED; it is

FURTHER ORDERED that judgment is granted in favor of Plaintiff on his causes of action for copyright infringement and violations of 17 U.S.C. § 1202 asserted against Defendant in the First Amended Complaint; it is

FURTHER ORDERED that Defendant shall pay $63,000.00 in statutory damages for copyright infringement to Plaintiff; it is

FURTHER ORDERED that Defendant shall pay $10,000.00 in statutory damages for violations of 17 U.S.C. § 1202 to Plaintiff; it is

FURTHER ORDERED that Defendant shall pay pre-judgment interest to Plaintiff on the statutory damages awards, calculated from the dates of commencement of Plaintiff's copyrights infringements and violations of 17 U.S.C. § 1202 to the date of entry of judgment, in accordance with the rate set forth in 28 U.S.C. § 1961, in the total amount of $15,150.10; and it is

FURTHER ORDERED that Defendant shall pay $5,616.00 in reasonable attorney's fees to Plaintiff; it is

FURTHER ORDERED that Defendant shall pay $671.40 in costs to Plaintiff; and it is

FURTHER ORDERED that this case is DISMISSED, and the Clerk of the Court shall remove it from the docket of the Court.

SO ORDERED.

Date:   May 16, 2024
        New York, NY

_____
Arun Subramanian
United States District Judge